[No. 17500-6-III.    Division Three.    January 6, 2000.]

MARGO O'NEIL CORDNER, *Respondent*, v. RONALD D.
DUNN, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 96-2-00178-6, Susan L. Hahn, J., entered April 7, 1998. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Brown, A.C.J., and Sweeney, J.

[No. 17857-9-III.    Division Three.    January 6, 2000.]

HARRY W. HADLEY, ET AL., *Respondents*, v. JOHN DOE
MAXWELL, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Grant County, No. 94-2-00804-4, Evan E. Sperline, J., entered June 19, 1998. *Affirmed* by unpublished opinion per Brown, A.C.J., concurred in by Sweeney and Schultheis, JJ.

[No. 20980-2-II.    Division Two.    January 7, 2000.]

*In the Matter of the Personal Restraint of* JEROME
POWELL, *Petitioner.*

Petition for relief from personal restraint. *Denied* by unpublished opinion per Houghton, J., concurred in by Bridgewater, C.J., and Armstrong, J.

[Nos. 21930-1-II; 22637-5-II.    Division Two.    January 7, 2000.]

THE ESTATE OF BEN A. MARTIN, *Appellant*, v. LEWIS
COUNTY YOUTH ENTERPRISES, ET AL., *Respondents*.

Appeals from a judgment of the Superior Court for Lewis County, No. 93-2-00423-9, H. John Hall, J., entered April 4 and September 12, 1997. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Bridgewater, C.J., and Hunt, J.